IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

STEVEN COHEN
(Not in custody)

: CRIMINAL ACTION
:
: No. 2022-265-1

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **PLEA-ARRAIGNMENT HEARING** on **Wednesday, September 7, 2022 at 1:00 pm** before the **Honorable Anita B. Brody** in **Courtroom 7-B on the 7th floor** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is not in custody. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A   interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:   Mr. James F.G. Scheidt
      Courtroom Deputy to J. Anita B. Brody
      Phone: 267.299.7439

Date:   **08-11-2022**

cc via U.S. Mail:   Defendant
cc via email:   Defense Counsel Mark E. Cedrone
                Assistant U.S. Attorney Judy Goldstein Smith
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator

crnotice (July 2021)